UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2020
```

-----------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* | : | |
| ALLEN TIMOTHY YU, | : | |
| | : | |
| Plaintiff, | : | 1:17-cv-2226-GHW |
| -against- | : | |
| | : | ORDER |
| GRIFOLS USA, LLC, GRIFOLS | : | |
| BIOLOGICALS, INC., GRIFOLS, S.A., | : | |
| GRIFOLS, INC., | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court's previous error mistakenly noted that the parties' joint letter and proposed case management plan referenced in the Court's April 30, 2020 order are due no later than June 10, 2020. The joint letter and proposed case management plan is instead due no later than July 10, 2020.

Plaintiff is directed to serve a copy of this order on all Defendants and to retain proof of service.

SO ORDERED.

Dated:  May 22, 2020

_____
GREGORY H. WOODS
United States District Judge