**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA, ex rel.
ALLEN TIMOTHY YU,

                              Plaintiff,

              -against-                                          17 **CIVIL** 2226 (GHW)

                                                                 **JUDGMENT**

GRIFOLS USA, LLC, GRIFOLS BIOLOGICALS
LLC f/k/a GRIFOLS BIOLOGICALS, INC.,
GRIFOLS, S.A., GRIFOLS SHARED SERVICES
NORTH AMERICA, INC. f/k/a GRIFOLS, INC.,

                              Defendants.
-------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion & Order dated December 8, 2021, Relator has not

sufficiently alleged that Defendants claims for payment to government programs that contained

records or statements material to a fraudulent claim. That deficiency is fatal to all of Relator's

claims. Accordingly, Defendants' motion to dismiss Relator's complaint is GRANTED.

**Dated:**  New York, New York

         December 8, 2021

                                                      **RUBY J. KRAJICK**

                                                      _____
                                                           **Clerk of Court**
                                           **BY:**
                                                      _K. mango_____
                                                           **Deputy Clerk**