USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 UNITED STATES OF AMERICA *ex rel.*    :
 ALLEN TIMOTHY YU,                     :
                                       :
                         Plaintiff,    :           1:17-cv-2226-GHW
          -against-                    :
                                       :               ORDER
 GRIFOLS USA, LLC, GRIFOLS             :
 BIOLOGICALS, INC., GRIFOLS, S.A.,     :
 GRIFOLS, INC.,                        :
                                       :
                         Defendants.   :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court has received Relator's December 21, 2021 motion for entry of final judgment.

Dkt. No. 90.  If Defendants or the United States object to the entry of final judgment, they should

file an objection to that motion no later than January 3, 2022.

SO ORDERED.

Dated:  December 23, 2021

_____
                    GREGORY H. WOODS
                    United States District Judge