USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA *ex rel.*
ALLEN TIMOTHY YU,

                           Plaintiff,

-against-

GRIFOLS USA, LLC, GRIFOLS
BIOLOGICALS, INC., GRIFOLS, S.A.,
GRIFOLS, INC.,

                           Defendants.
-----------------------------------------------------------------X

1:17-cv-2226-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On December 8, 2021, the Court dismissed all of Relator Allen Timothy Yu's claims by order and opinion. Dkt. No. 89. Relator was provided leave to amend his complaint in order to cure any deficiencies. Relator declined to amend, and instead, on December 22, 2021, filed a motion for entry of judgment in this action. Dkt. No. 90. The Court ordered that any objections by Defendants or the United States to that motion be filed no later than January 3, 2022. Dkt. No. 91. No objections were filed by that date.

Accordingly, the Court orders that the claims asserted in Relator's complaint be dismissed with prejudice and that the Clerk of Court enter judgment for Defendants.

The Clerk of Court is also directed to terminate the motion at Dkt. No. 90.

SO ORDERED.

Dated: January 4, 2022

                                                            GREGORY H. WOODS
                                                        United States District Judge