UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA ex rel,
ALLEN TIMOTHY YU,

                Plaintiff,

-against-                                             17 **CIVIL** 2226 (GHW)

## JUDGMENT

GRIFOLS USA, LLC, GRIFOLS
BIOLOGICALS, INC., GRIFOLS, S.A.,
GRIFOLS, INC.,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 4, 2022, the claims asserted in Relators complaint are dismissed with prejudice and judgment is entered for Defendants.

**Dated:** New York, New York

       January 5, 2022

                                                **RUBY J. KRAJICK**

                                                   Clerk of Court
                             BY:

                                                   **Deputy Clerk**